UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. _____

PARADIGM SPORTS, INC.,  )
    Plaintiff  )
                           )
v.                           )
                           )
CALLAWAY GOLF COMPANY,  )
    Defendant.  )

**04 10265 RCL**

### APPEARANCE OF RONALD M. JACOBS
### ON BEHALF OF PARADIGM SPORTS, INC.

Pursuant to Local Rule 83.5.2, please enter my appearance in this matter on behalf of Paradigm Sports, Inc., for whom I will be local counsel. This Appearance is accompanied by plaintiff's application pursuant to Local Rule 83.5.3(b) for admission pro hac vice of Barbara Grahn, Ernest W. Grumbles and Bray Dohrwardt, of the firm of Oppenheimer, Wolff & Donnelly, LLP, Plaza VII, Suite 3300, 45 South Seventh Street, Minneapolis, MN 55402, telephone number 612-607-7562.

                                            PARADIGM SPORTS, INC.,

                                            By its local counsel,

                                            */s/ Ronald M. Jacobs*
                                            Ronald M. Jacobs (BBO# 561535)
                                            CONN KAVANAUGH ROSENTHAL
                                              PEISCH & FORD, LLP
                                            Ten Post Office Square
                                            Boston, MA 02109
                                            (617) 482-8200

Dated: February 9, 2004

192242.1