UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: _____

PARADIGM SPORTS, INC.,
    Plaintiff

v.

CALLAWAY GOLF COMPANY,
    Defendant.

**04 10265 RCL**

### PLAINTIFF'S APPLICATION PURSUANT TO LOCAL RULE 83.5.3(b) FOR ADMISSION PRO HAC VICE OF BARBARA GRAHN, ERNEST W. GRUMBLES, AND BRAY DOHRWARDT

Plaintiff Paradigm Sports, Inc. ("Paradigm"), by and through the below-signed counsel, who is a member of the Bar of this Court and is also filing an Appearance in this matter, hereby applies pursuant to Local Rule 83.5.3(b) for admission of Attorneys Barbara Grahn, Ernest W. Grumbles and Bray Dohrwardt, of Oppenheimer, Wolff & Donnelly, LLP, of Minneapolis, Minnesota on behalf of Paradigm in this matter. This application accompanies Paradigm's Complaint in this matter, signed by Attorneys Grahn, Grumbles, and Dohrwardt in accordance with Local Rule 83.5.3(b). As set forth in the accompanying Certificates of attorneys Grahn, Grumbles, and Dohrwardt (Exhibits A-C, respectively), each has certified that:

    1.    He or she is a member of the Bar in good standing in every jurisdiction where he or she has been admitted to practice;

    2.    There are no disciplinary proceedings pending against him or her as a member of the Bar in any jurisdiction; and

3. He or she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

For the reasons stated above, Paradigm, by the undersigned counsel, respectfully requests that Attorneys Grahn, Grumbles, and Dohrwardt of the firm Oppenheimer, Wolff & Donnelly, LLP, of the State of Minnesota, be admitted to practice in this Court in this matter on behalf of Paradigm.

                                              PARADIGM SPORTS, INC.,

                                              By its local counsel,

                                              Ronald M. Jacobs (BBO# 561535)
                                              CONN KAVANAUGH ROSENTHAL
                                                PEISCH & FORD, LLP
                                              Ten Post Office Square
                                              Boston, MA 02109
                                              (617) 482-8200

Dated: February 9, 2004

192:21.1