UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10265-RCL

PARADIGM SPORTS, INC., )
    Plaintiff )
)
v. )
)
CALLOWAY GOLF COMPANY, )
    Defendant. )

### CERTIFICATE OF BRAY DOHRWARDT, ESQ. IN SUPPORT OF MOTION FOR ADMISSION PURSUANT TO LOCAL RULE 83.5.3(b)

I, Bray Dohrwardt, certify as follows:

1. I am an Associate at the firm of Oppenheimer, Wolff & Donnelly, LLP, in Minneapolis, Minnesota, and am counsel for the plaintiff. I submit this Certificate in support of an application for my admission to practice before this Court pro hac vice in this matter, pursuant to Local Rule 83.5.3(b), by Ronald M. Jacobs, Esq., of the firm Conn Kavanaugh Rosenthal Peisch & Ford, LLP, in Boston, Massachusetts. I understand that Attorney Jacobs will file an Appearance for the plaintiff

2. I am a member of the Bar of the State of Minnesota and the United States District Court for the District of Minnesota, and am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

1

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PENALTIES OF PERJURY ON JANUARY 15, 2004.

_____
Bray Dohrwardt

192118.1