UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10265 RCL

PARADIGM SPORTS, INC., )
      Plaintiff )
 )
v. )
 )
CALLAWAY GOLF COMPANY, )
      Defendant. )

## NOTICE OF CHANGE OF ADDRESS FOR RONALD M. JACOBS

The undersigned, formerly of Poppel & Associates, 223 Lewis Wharf, Boston, MA 02109, hereby gives notice of his current address, as follows:

Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109

_____
Ronald M. Jacobs (BBO# 561535)
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

Dated: February 10, 2004

194263.1