UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paradigm Sports, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Callaway Golf Company, <br><br> Defendant. | Civil Action No. 04-10265 RCL <br><br> **DEMAND FOR JURY TRIAL** |

**DEFENDANT/COUNTERCLAIM PLAINTIFF'S STATEMENT PURSUANT TO FED. R. CIV. P. RULE 7.1**

Defendant/Counterclaim Plaintiff Callaway Golf Company, ("Callaway Golf") hereby discloses that it is a nongovernmental corporate party to the above-captioned action.

Callaway Golf has no parent company, and no public company own ten percent or more of Callaway Golf.

Respectfully submitted,

Dated: March 26, 2004

_____
Kurt L. Glitzenstein (BBO #565,312)
Timothy A. French (BBO #179360)
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Attorneys for Defendant/Counterclaim Plaintiff
CALLAWAY GOLF COMPANY

20832861.doc