UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paradigm Sports, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Callaway Golf Company, <br><br> Defendant. | Civil Action No. 04-10265 RCL <br><br> **REPLY TO COUNTERCLAIM** |

Plaintiff Paradigm Sports, Inc. ("Paradigm") for its Answer to Defendant Callaway Golf Company's ("Callaway") Counterclaim, states and alleges as follows:

### GENERAL DENIAL

Except as expressly admitted herein, Paradigm denies each and every allegation contained in Callaway's Counterclaim.

### ANSWER

1. Paradigm is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2 of Callaway's Counterclaim and therefore denies the same.

2. Paradigm admits the allegations of Paragraph 3 of Callaway's Counterclaim.

3. Paragraph 4 of Callaway's Counterclaim contains legal conclusions to which no response is required. To the extent a response is required, Paradigm admits the same.

4. Paradigm admits the allegations of Paragraph 5 of Callaway's Counterclaim.

5. Paradigm is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6 of Callaway's Counterclaim and therefore denies the same.

6. Paradigm is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7 of Callaway's Counterclaim and therefore denies the same.

7. Paradigm admits that Callaway uses ENJOY THE GAME in conjunction with advertising, but denies that such usage is simply as a tagline. Paradigm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 8 of Callaway's Counterclaim and therefore denies the same, except to state that Exhibit A speaks for itself.

8. Paradigm denies the allegations of Paragraph 9 of Callaway's Counterclaim.

9. Paradigm denies the allegations of Paragraph 10 of Callaway's Counterclaim.

10. Paradigm denies the allegations of Paragraph 11 of Callaway's Counterclaim.

11. Paradigm denies the allegations of Paragraph 12 of Callaway's Counterclaim.

12. Paradigm denies the allegations of Paragraph 13 of Callaway's Counterclaim.

13. Paradigm is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 14 of Callaway's Counterclaim and therefore denies the same.

14. Paradigm admits that Callaway's first trademark application for ENJOY THE GAME was refused because of Paradigm's Just ENJOY THE GAME mark, however, Paradigm denies the remaining allegations of Paragraph 15 of Callaway's Counterclaim.

15. Paradigm is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 16 of Callaway's Counterclaim and therefore denies the same.

16. In response to Paragraph 17 of Callaway's Counterclaim, Paradigm adopts and realleges its answers and responses to all preceding Paragraphs set forth in its Reply as if fully stated and set forth herein.

17. Paradigm denies the allegations of Paragraph 18 of Callaway's Counterclaim.

18. Paradigm admits the allegations of Paragraph 19 of Callaway's Counterclaim.

19. Paragraph 20 of Callaway's Counterclaim contains no factual allegations and is not directed to Paradigm and therefore, no response is required. To the extent such paragraph could be construed as containing factual allegations, Paradigm denies same.

## **AFFIRMATIVE DEFENSES**

Paradigm reserves the right to assert any affirmative defenses that may arise during the course of discovery in this matter.

## DEMAND FOR JURY TRIAL

Paradigm requests a jury trial.

Respectfully submitted,

Dated: April 22, 2004

By: *Ernest W. Grumbles/pws*

Barbara Grahn (admitted *pro hac vice*)
Ernest W. Grumbles (admitted *pro hac vice*)
Bray M. Dohrwardt (admitted *pro hac vice*)
45 South Seventh Street
3300 Plaza VII Office Tower
Minneapolis, Minnesota 55402

**Attorneys for Plaintiff
Paradigm Sports, Inc.**

**Of Counsel:**

Ronald M. Jacobs
BBO 561535
CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
Telephone: (617) 348-8212
Telefax:    (617) 482-6444

199421.1

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 4-22-04

4

OPPENHEIMER: 2220571 v01 04/15/2004