UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paradigm Sports, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>Callaway Golf Company,<br><br>    Defendant. | Civil Action No. 04-10265 RCL<br><br>**PLAINTIFF'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Plaintiff Paradigm Sports, Inc. ("Paradigm") hereby discloses that it is a nongovernmental corporate party to the above-captioned action.

Paradigm has no parent company, and no public company owns ten percent of more of Paradigm.

Respectfully submitted,

Dated: 4-22-04

By: /s/ Bray M. Dohrwardt/RMJ

Barbara Grahn (admitted *pro hac vice*)
Ernest W. Grumbles (admitted *pro hac vice*)
Bray M. Dohrwardt (admitted *pro hac vice*)
45 South Seventh Street
3300 Plaza VII Office Tower
Minneapolis, Minnesota 55402

**Attorneys for Plaintiff
Paradigm Sports, Inc.**

Of Counsel:

Ronald M. Jacobs
BBO 561535
CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
Telephone: (617) 348-8212
Telefax:    (617) 482-6444

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 4-22-04

/s/ RMJ

199455.1