UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paradigm Sports, Inc.<br><br>        Plaintiff,<br><br>v.<br><br>Callaway Golf Company<br><br>        Defendant. | Civil Action No. 04-cv-10265-RCL |

## JOINT MOTION TO EXTEND TIME TO REPLY TO COUNTERCLAIM AND FOR CONTINUANCE OF SCHEDULING CONFERENCE

PARADIGM SPORTS, INC. ("Paradigm") AND CALLAWAY GOLF COMPANY ("Callaway Golf"), BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, JOINTLY MOVE to extend the time within which Paradigm must reply or otherwise respond to Callaway Golf's counterclaim in the above-titled matter from April 19, 2004 to April 23, 2004. This brief extension is the first extension of time to reply or otherwise respond concerning the above-titled matter and is sought because the parties have exchanged settlement proposals, and believe that they are very close to settling all claims at issue in this lawsuit.

The parties also jointly move to continue the Scheduling Conference noticed for May 12, 2004, by at least one month, or until some later date convenient to the Court, in order to permit the parties to continue settlement discussions without having to incur costs and fees necessary to prepare for the Scheduling Conference.

Dated: April 22, 2004

*[signature: Ernest W. Grumbles / by AcBrosius with permission]*

Barbara Grahn (admitted *pro hac vice*)
Ernest W. Grumbles (admitted *pro hac vice*)
Bray M. Dohrwardt (admitted *pro hac vice*)
OPPENHEIMER, WOLFF & DONNELLY, LLP
45 South Seventh Street
3300 Plaza VII Office Tower
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Telefax: (612) 607-7100
Attorneys for Defendant
PARADIGM SPORTS, INC.

**Of Counsel:**
Ronald M. Jacobs (BBO #561535)
CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
Telephone: (617) 348-8212
Telefax:    (617) 482-6444

Dated: April 22, 2004

*[signature: Kurt Glitzenstein / by AcBrosius with permission]*

Kurt L. Glitzenstein (BBO #565,312)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070
Attorneys for Defendant
CALLAWAY GOLF COMPANY