UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 17 P 4: 36

U.S. DISTRICT COURT

| | |
|---|---|
| PARADIGM SPORTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CALLAWAY GOLF COMPANY, <br><br> Defendant. | Civil Action No. 04-10265 RCL <br><br> DEMAND FOR JURY TRIAL |

### ASSENTED MOTION FOR ADMISSION PRO HAC VICE OF GREGORY KRAKAU AND RULE 7.1 CERTIFICATION

The undersigned attorney hereby moves for the admission pro hac vice of Gregory M. Krakau, with the law firm Fish & Richardson P.C., to appear on behalf of Defendant Callaway Golf Company ("Callaway"), in this case. Callaway submits the declaration of Gregory M. Krakau in support of this motion. Mr. Krakau is familiar with the substantive issues presented in the case, and meets the requirements for admission to this Court under Local Rule 83.5.3, as set forth in the attached declaration.

Pursuant to Local Rule 7.1, counsel for Callaway conferred with counsel for Plaintiff, Mr. Ernest Grumbles, regarding the substance of this motion on April 19, 2004, and Mr. Grumbles assented to the present motion.

Dated: June 17, 2004

_____
Kurt L. Glitzenstein (BBO # 565312)
Amy L. Brosius (BBO # 656,521)
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel.: 617/542-5070
Fax: 617/542-8906

Attorneys for Defendant
CALLAWAY GOLF COMPANY

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on June 17, 2004.

_____
Amy L. Brosius

20846682.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARADIGM SPORTS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>CALLAWAY GOLF COMPANY,<br><br>        Defendant. | Civil Action No. 04-10265 RCL<br><br>DEMAND FOR JURY TRIAL |

### DECLARATION OF GREGORY M. KRAKAU PURSUANT TO LOCAL RULE 83.5.3

I, Gregory M. Krakau, declare as follows under the penalty of perjury:

1. I am an attorney with law firm Fish & Richardson P.C., in the state of Minnesota. I submit this certification pursuant to Local Rule 83.5.3(b) in support of a motion that I be permitted to appear on behalf of Defendant Callaway Golf Company in the above civil action.

2. I am a member of the bar of the state of Minnesota and am admitted to practice before the state courts of Minnesota and the United States District Court for the District of Minnesota. I am a member in good standing in every jurisdiction where I am admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I designate Kurt L. Glitzenstein, Esq., of the law firm of Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110-2804, telephone number (617) 542-5070, who is a member of the Bar of this Court and maintains an office in this District for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

Dated: June 8, 2004

_____
Gregory M. Krakau

20846685.doc

2