# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paradigm Sports, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Callaway Golf Company<br><br>Defendant. | Civil Action No. 04-cv-10265-RCL |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Plaintiff Paradigm Sports, Inc. ("Paradigm") and Defendant Callaway Golf Company ("Callaway Golf") (collectively the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and a confidential settlement agreement entered into by the Parties, hereby agree, through their undersigned counsel, as follows:

1. The Court has jurisdiction over the subject matter of, and Parties to, this action.

2. Paradigm hereby dismisses with prejudice its claims against Callaway Golf Company for infringement of a registered trademark pursuant to 15 U.S.C. § 1114, unfair competition pursuant to 15 U.S.C. § 1125(a), and common law unfair competition and deceptive trade practices.

3. Callaway Golf hereby dismisses with prejudice its counterclaim against Paradigm for a declaratory judgment of non-infringement pursuant to 28 U.S.C. § 2201 *et seq.*

4. Each party will bear its own costs and attorneys' fees.

By: _____
Barbara Grahn (admitted *pro hac vice*)
Ernest W. Grumbles (admitted *pro hac vice*)
Bray M. Dohrwardt (admitted *pro hac vice*)
OPPENHEIMER, WOLFF &
DONNELLY, LLP
45 South Seventh Street
3300 Plaza VII Office Tower
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax: (612) 607-7100

**Of Counsel:**
Ronald M. Jacobs (BBO #561535)
CONN KAVANAUGH ROSENTHAL
PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
Telephone: (617) 348-8212
Fax: (617) 482-6444

Dated: _July 12_, 2004

Attorneys for Plaintiff
PARADIGM SPORTS, INC.

By: _____ *on AGB with permission*
Kurt L. Glitzenstein (BBO #565,312)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070

**Of Counsel:**
Gregory M. Krakau (admitted *pro hac vice*)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Fax: (858) 678-5099

Dated: _July 13_, 2004

Attorneys for Defendant
CALLAWAY GOLF COMPANY

2